# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**EILEEN M. MALAY**

    vs.                  **CASE NUMBER: 5:08-CV-599 (GHL)**

**CITY OF SYRACUSE, GARY W. MIGUEL, DANIEL BELGRADER, MICHAEL YAREMA and STEVE LYNCH**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion for summary judgment is GRANTED. Plaintiff's federal claims are dismissed and the Court declines to exercise jurisdiction over plaintiff's state law claims. The Complaint is therefore dismissed in its entirety.

All of the above pursuant to the order of the Honorable Judge George H. Lowe, dated the 30th day of September, 2011.

DATED: September 30, 2011

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk